**Order filed, January 9, 2015.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

## NO. 01-14-00768-CR

**ROBERT WAYNE ROLLINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Case 13CR3062**

---

## ORDER

The reporter's record in this case was due December 29, 2014. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

/s/ Jane Bland
_____
 Acting individually